**E-FILED**
Thursday, 29 December, 2005  01:36:17 PM
Clerk, U.S. District Court, ILCD

RETURN RECEIPT FOR PRE-SENTENCE REPORT/SENTENCING RECOMMENDATION/VIOLATION REPORT

Case Name: USA v JAMES ALEXANDER

Case Number: 93-CR-30034

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report and Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on September 28, 2005.

Received by:

*Nancy G. Vickers*
U.S. Probation office

Date: 10/7/05