CD/IL PROB12C
(Rev. 12/04)

United States District Court

for

**CENTRAL DISTRICT OF ILLINOIS**

Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | James E. Alexander<br>1126 E. Cedar<br>Springfield, Illinois 62703 | **CASE NUMBER:** 93-30034-001 |
| **SENTENCING JUDICIAL OFFICER:** | U.S. District Judge Richard Mills<br>(Case transferred to U.S. District Judge Jeanne E. Scott) | |
| **ORIGINAL SENTENCE DATE:** | August 20, 1993 | |
| **ORIGINAL OFFENSE:** | (Count 1) Distribution of a Mixture or Substance Containing Cocaine Base and (Count 2) Possession with Intent to Distribute 5 or more Grams of a Mixture of Substance Containing Cocaine Base | |
| **ORIGINAL SENTENCE:** | 120 months custody of the Bureau of Prisons on each of Counts 1 and 2, to run concurrently, followed by 8 years supervised release.  Conditions of supervised release to include:  1) Report in person to the probation office in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons; 2) Pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release; 3) Not own, purchase, or possess a firearm or destructive device; 4) Pay restitution in the amount of $120 to the Illinois State Police, Division of Criminal Investigation, Springfield, Illinois; 5) Participate in a program of substance abuse treatment, to include urinalysis testing and/or residential or outpatient treatment, at the direction of and in the discretion of the U.S. Probation Officer; and 6) Shall not consume any alcoholic beverages and/or any other intoxicants during the entire term of supervision unless otherwise directed by the U.S. Probation Officer. | |
| **TYPE OF SUPERVISION:** | Supervised Release | |
| **DATE SUPERVISION COMMENCED:** | January 5, 2001 | |
| **REVOCATION SENTENCE:** | September 2, 2003: Court revoked supervised release. Sentenced to the custody of the Bureau of Prisons for 24 months on Count 1 and 30 months on Count 2, to run concurrently.  Defendant to serve 5 years supervised release on each of Counts 1 and 2, to run concurrently, | |

with the following special conditions:  1) Refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.  Shall participate in a program for substance abuse treatment including testing to determine whether you have used controlled substances and/or alcohol.  Shall pay for these services as directed; 2) Participate in psychiatric services and/or a program of mental health counseling/treatment as directed by the probation officer and shall take any and all prescribed medications as directed by the treatment providers.  Shall pay for these services as directed; 3) If unemployed after the first 60 days of supervision, or if unemployed for 60 days after termination or lay-off from employment, shall perform at least 20 hours of community service work per week at the direction of and in the discretion of the U.S. Probation Office until gainfully employed; and 4) Shall, at the direction of the U.S. Probation Office, participate in a program for domestic violence and/or anger management.  Shall pay for these services as directed by the U.S. Probation Officer.  Shall abide by any Order of Protection.

**DATE SUPERVISION RECOMMENCED:** November 1, 2005

**ASSISTANT U.S. ATTORNEY:** Patricia McInerney

**DEFENSE ATTORNEY:** David B. Mote

---

**PETITIONING THE COURT**

**[X]**   To issue a warrant
**[ ]**   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

VIOLATION
NUMBER          NATURE OF NONCOMPLIANCE

1.    **LAW   VIOLATIONS:    DRIVING    WHILE LICENSE SUSPENDED AND MANUFACTURE/DELIVERY OF CANNABIS**

      MANDATORY CONDITION:  The defendant shall not commit another federal, state, or local crime.  The defendant shall not illegally possess a controlled substance.

   A.       On November 4, 2005, the defendant was arrested by the Springfield, Illinois, Police Department for Driving While License Suspended.  On **November 29, 2005,** the defendant appeared in Sangamon County, Illinois, Circuit Court, Case No. 05-TR-044288, and entered a plea of guilty.  He was fined $300.

    B.    On November 13, 2005, the defendant was arrested by the Springfield, Illinois, Police Department for Driving While License Suspended. On **December 14, 2005,** the defendant appeared in Sangamon County, Illinois, Circuit Court, Case No. 05-TR-043863, and entered a plea of guilty. No fine was ordered.

    C.    On **November 7, 2007,** the defendant was arrested for Manufacture/Delivery of Cannabis as a result of an investigation by the Springfield, Illinois, Police Department. When arrested, the defendant had in his possession four bags of suspected cannabis, with a total weight of 523.93 grams, a black digital scale, and $3,071 in U.S. currency.

        On November 8, 2007, the defendant appeared in Sangamon County, Illinois, Circuit Court, Case No. 07-CF-1316. He was charged with Manufacture/Delivery of Cannabis. Bond was set at $75,000/10%. The defendant's next scheduled court date is November 21, 2007.

**U.S. Probation Officer Recommendation:**

    **[X]**    The term of supervision should be
           **[X]**    revoked
           [ ]    extended for  years, for a total term of  years.

    [ ]    The conditions of supervision should be modified as follows:

                I declare under penalty of perjury that the foregoing is true and correct.

                s/Mark A. Estock
                U.S. Probation Officer
                Date:  November 14, 2007

MAE/mae:nv

---

**THE COURT ORDERS:**

[ ]    No action

**[X]**    The issuance of a warrant

[ ]    The issuance of a summons

[ ]    Other:

                _____s/ Jeanne E. Scott_____
                JEANNE E. SCOTT
                UNITED STATES DISTRICT JUDGE

                Date:  November 14, 2007