E-FILED
Wednesday, 16 January, 2008  10:18:51 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 93-30034 |
| ) | |
| JAMES E. ALEXANDER, ) | |
| ) | |
| Defendant. ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney, and Patricia A. McInerney, Assistant United States Attorney, respectfully shows to this Court that James E. Alexander, date of birth 08/03/72, Inmate Number S07094, is now confined in the Graham Correctional Center, Hillsboro, Illinois, in the custody of the Warden thereof;

That James E. Alexander was named as a Defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings on January 31, 2008 at 11:45 a.m.

That it is necessary and essential that James E. Alexander, be transported, produced and maintained in the Central District of Illinois for said proceedings at the United States Federal Building, 600 East Monroe Street, Springfield, Illinois by the hour of 11:45 a.m. on January 31, 2008.

WHEREFORE, the United States respectfully requests that a Writ of Habeas Corpus Ad Prosequendum be directed to the Warden of the Graham Correctional Center, Hillsboro, Illinois and to the United States Marshal for the Central District of Illinois, commanding them to transport and produce James E. Alexander, to the Central District of Illinois, Federal Building, 600 East Monroe Street, Springfield, Illinois, by the hour of 11:45 a.m. on January 31, 2008 and as necessary on any date thereafter.

    Respectfully submitted,

    RODGER A. HEATON
    UNITED STATES ATTORNEY


    _____
    Patricia A. McInerney
    Assistant United States Attorney
    318 South Sixth Street
    Springfield, IL  62701
    Telephone: (217) 492-4450
    Fax: (217) 492-4512

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 93-30034 |
| JAMES E. ALEXANDER, | ) ) ) | |
| Defendant. | ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

To:   The Warden of the Graham Correctional Center, Hillsboro, Illinois
      The United States Marshal for the Central District of Illinois

G R E E T I N G S:

We command you, the Warden of the Graham Correctional Center, Hillsboro, Illinois and the United States Marshal for the Central District of Illinois, to transport and produce James E. Alexander, date of birth 08/03/72, Inmate Number S07094, to the Central District of Illinois, Federal Building, 600 East Monroe Street, Springfield, Illinois by the hour of 11:45 a.m. on January 31, 2008, and from day to day thereafter as may be necessary, and, after the Defendant has so then and there appeared, that you return the Defendant to the Graham Correctional Center, Hillsboro, Illinois under safe and secure conduct and have you then and there this Writ.

WITNESS the Honorable Pamela E. Robinson, Clerk of the said Court, and the seal thereof at the City of Springfield, this_____day of January, 2008.

_____
PAMELA E. ROBINSON, CLERK
United States District Court
Central District of Illinois

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 93-30034 |
| JAMES E. ALEXANDER, | ) ) ) | |
| Defendant. | ) | |

**O R D E R**

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that James E. Alexander, date of birth 08/03/72, Inmate Number S07094, is presently incarcerated in the Graham Correctional Center, Hillsboro, Illinois, it further appearing that James E. Alexander, was named as a Defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings on January 31, 2008 at 11:45 a.m.

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of the Graham Correctional Center, Hillsboro, Illinois, and the United States Marshal for the Central District of Illinois, to transport and produce James E. Alexander, on January 31, 2008 at 11:45 a.m. in the Federal Building, 600 East Monroe Street, Springfield, Illinois, and to present the Defendant before the Court from day to day thereafter as may be necessary.

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE

ENTERED this_____day of January, 2008.