E-FILED
Wednesday, 16 January, 2008 11:08:10 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 93-30034 |
| ) | |
| JAMES E. ALEXANDER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that James E. Alexander, date of birth 08/03/72, Inmate Number S07094, is presently incarcerated in the Graham Correctional Center, Hillsboro, Illinois, it further appearing that James E. Alexander, was named as a Defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings on January 31, 2008 at 11:45 a.m.

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of the Graham Correctional Center, Hillsboro, Illinois, and the United States Marshal for the Central District of Illinois, to transport and produce James E. Alexander, on January 31, 2008 at 11:45 a.m. in the Federal Building, 600 East Monroe Street, Springfield, Illinois, and to present the Defendant before the Court from day to day thereafter as may be necessary.

s/ Byron G. Cudmore
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE

ENTERED this 16th day of January, 2008.