**E-FILED**
Wednesday, 16 January, 2008  11:09:58 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

UNITED STATES OF AMERICA,　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　)　　　No.  93-30034
　　　　　　　　　　　　　　　　　　　)
JAMES E. ALEXANDER,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　　　　)

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:　　The Warden of the Graham Correctional Center, Hillsboro, Illinois
　　　　The United States Marshal for the Central District of Illinois

*G R E E T I N G S*:

　　　　We command you, the Warden of the Graham Correctional Center, Hillsboro, Illinois and the United States Marshal for the Central District of Illinois, to transport and produce James E. Alexander, date of birth 08/03/72, Inmate Number S07094, to the Central District of Illinois, Federal Building, 600 East Monroe Street, Springfield, Illinois by the hour of 11:45 a.m. on January 31, 2008, and from day to day thereafter as may be necessary, and, after the Defendant has so then and there appeared, that you return the Defendant to the Graham Correctional Center, Hillsboro, Illinois under safe and secure conduct and have you then and there this Writ.

　　　　WITNESS the Honorable Pamela E. Robinson, Clerk of the said Court, and the seal thereof at the City of Springfield, this_____day of January, 2008.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PAMELA E. ROBINSON, CLERK
　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　Central District of Illinois