UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 93-30034 |
| ) | |
| JAMES E. ALEXANDER, ) | |
| ) | |
| Defendant. ) | |

DETENTION ORDER

BEFORE U.S. MAGISTRATE JUDGE BYRON G. CUDMORE:

On January 31, 2008, the Defendant was in custody on a Petition for Offender Under Supervision. The Government requested detention. The Defendant, represented by court appointed counsel, Robert Scherschligt, knowingly and voluntarily waived his right to a detention hearing and consented to being detained herein. Based upon the knowing waiver of the Defendant's right to a detention hearing, Defendant James E. Alexander is ordered detained.

WHEREFORE, the Defendant is committed to the joint custody of the Attorney General and the Illinois Department of Corrections, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the U.S. Marshal for the purpose of an appearance in connection with a court proceeding herein.

ENTER:  January 31, 2008

_____s/Byron G. Cudmore_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE