E-FILED
Friday, 08 February, 2008  03:32:30 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FEB - 5 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WARRANT FOR ARREST |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 93-30034 |
| JAMES F. ALEXANDER | ) | |
| 1126 E. Cedar | ) | |
| Springfield, IL 62703 | ) | |
| Defendant | ) | |

2007 NOV 14 P 3:29 RECEIVED
U.S. MARSHALS SERVICE
CENTRAL ILLINOIS

TO:   THE U. S. MARSHAL and any
   AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest James F. Alexander, and bring him or her forthwith to the nearest magistrate judge to answer a Petition for Offender under Supervision charging him or her with violation of conditions of supervised release in violation of Title 18, United States Code, Section(s) 3606.

**JOHN M. WATERS**
Name of Issuing Officer
   s/ John M. Waters

_____
Signature of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

_November 14, 2007 at Springfield, Illinois_
Date and Location

**Bail fixed at $ NO BOND** by U.S. District Judge Jeanne E. Scott.

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _Springfield_

| Date Received 11/14/07 | Name of Arresting Officer  On writ from IDOC | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 01/31/08 | Title of Arresting Officer | L. Hollis |